516 A.2d 1379

**Jacob NYKAZA and Shirley Nykaza, his wife, and Shirley Nykaza, Administratrix of the Estate of Jacqueline Joan Nykaza, Deceased,**

v.

**UNITED STATES FIDELITY AND GUARANTY COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 139 E.D. Appeal Docket 1986.